In the Matter of ALESSIO FIORENTI et al., Doing Business as FIO BROS., Respondents, v. HOWARD R. LEARY, as Commissioner of the Police Department of the City of New York, et al., Appellants.

Rabin, Benjamin and Munder, JJ., concur; Brennan, Acting P. J., and Hopkins, J., dissent and vote to affirm the judgment.